# DIVIDENDS REMITTED TO THE COURT

Case Number 09-10347 - WARD, BRADLEY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Drs. Hills and Thomas Co.<br>PO Box 643026<br>Cincinnati, OH 45264 | 000007 | 9.09 | 1.34 ck 109 |
| Remittance Total | | 9.09 | 1.34 |

*[signature]*

LAUREN A. HELBLING, Trustee

*[Filed stamp: CLERK U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF OHIO, CLEVELAND, 09 DEC 23 AM 11:40]*