Date: 03/18/10  REC.P # 149977  CK # 115                                      Page: 1

**DIVIDENDS REMITTED TO THE COURT**

Case Number 09-10347 - WARD, BRADLEY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Drs. Hills and Thomas Co.**<br>PO Box 643026<br>Cincinnati, OH 45264 | 000007 | 9.09 | 0.87 |
| ---------- Remittance Total -------------- | | 9.09 | 0.87 |

*[signature]*
LAUREN A. HELBLING, Trustee